# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:12-mj-046 |
| Antonio Laguna-Castillo, | ) | |
| | ) | |
| Defendant. | ) | |

On April 13, 2012, defendant filed a Waiver of Preliminary Hearing. The court accepts defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel. Further, based upon defendant's waiver, the court finds that there is probable cause on the face of the complaint and affidavit to believe that defendant may have committed offense alleged in the complaint.

Dated this 13th day of April, 2012.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge